# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BASSEY UDOFOT                                                          PLAINTIFF

v.                          No. 3:02CV00243 JLH

COLSON CASTER CORPORATION                             DEFENDANT

## ORDER

For the reasons stated on the record, plaintiff's motion *in limine* is GRANTED. Evidence of prior discrimination complaints that Bassey Udofot has made will be excluded pursuant to Fed. R. Evid. 403, 404, and 608. Even if that evidence is relevant, its probative value is substantially outweighed by the danger of confusion of the issues and waste of time.

Defendant's motion *in limine* is DENIED. Plaintiff will be permitted to present evidence of allegedly racially insensitive remarks made by Jim Blankenship to Billy Jenkins. Mr. Udofot is expected to testify that Jim Blankenship told him that he was being fired because he did not keep his mouth shut about alleged acts of discrimination as did Billy Jenkins. Given the fact that that testimony will come into evidence, the jury should hear what allegedly was said to Billy Jenkins. Otherwise, the jury would be left to speculate, and that speculation could be more harmful either to the plaintiff or to the defendant than the actual testimony. Defense counsel stated that the comments allegedly made by Mr. Blankenship were not racially insensitive or indicative of a hostile work environment. If that characterization is correct, permitting the jury to hear that testimony would not cause prejudice to the defense.

IT IS SO ORDERED this   1st   day of July, 2005.

                                                        /s/ J. Leon Holmes
                                                        J. LEON HOLMES
                                                        UNITED STATES DISTRICT JUDGE